entered March 20, 1911, affirming so much of the judgment entered upon a decision of the court on trial at Special Term as dismissed the claim of the appellant herein to a lien upon an award made in condemnation proceedings.

*Louis Marshall*, appellant, in person.

*Arthur J. McClure* for plaintiff, respondent.

*Edward W. Davidson* and *William A. Moore* for defendants, respondents.

Judgment affirmed, with costs, on opinion of WOODWARD, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.   Absent: GRAY, J.

---

THE TOWN OF QUEENSBURY, Respondent, *v.* THE CITY OF GLENS FALLS, Appellant.

*Town of Queensbury* v. *City of Glens Falls*, 143 App. Div. 847, affirmed.
(Argued October 15, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 25, 1911, in favor of plaintiff upon the submission of a controversy under section 1279 of the Code of Civil Procedure as to the liability of defendant to reimburse the plaintiff for a portion of the expense of constructing roads.

*J. A. Kellogg* for appellant.

*J. Edward Singleton* for respondent.

Judgment affirmed, with costs, on opinion of HOUGHTON, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.   Absent: GRAY, J.